■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL QUINN, Appellant.—Appeal by defendant from three judgments of the County Court, Westchester County (Marasco, J.), all rendered January 13, 1984, each convicting him of one count of burglary in the third degree, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which

could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.